# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAH KENEALY,                                    1:12cv00152 AWI DLB

       Plaintiff,

       vs.                                                         ORDER TRANSFERRING ACTION
                                                                              TO SACRAMENTO DIVISION

JOINT FORCE HEADQUARTERS, et al.,

       Defendants.
_____/

      Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division, pursuant to Local Rule 120.

      IT IS SO ORDERED.

      Dated:   **February 6, 2012**            **/s/ Dennis L. Beck**
                                                                              UNITED STATES MAGISTRATE JUDGE

1