1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 SARAH KENEALY,                                    1:12cv00152 AWI DLB

12                    Plaintiff,

13                                                   ORDER TRANSFERRING ACTION
                                                     TO SACRAMENTO DIVISION
       vs.

14

   JOINT FORCE HEADQUARTERS, et al.,

15

                    Defendants.

16    _____/

17        Proper venue of this action appears to be within the Sacramento division of this Court.

18 Accordingly, this Court ORDERS that this action be transferred to the United States District Court for

19 the Eastern District of California, Sacramento Division, pursuant to Local Rule 120.

20

21     IT IS SO ORDERED.

22     **Dated:   February 6, 2012**              _____**/s/ Dennis L. Beck**_____
                                                  UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1