IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAH KENEALY,

        Plaintiff,                    No. 2:12-cv-00320 KJM KJN PS

    v.

JOINT FORCE HEADQUARTERS,

        Defendant.              <u>ORDER</u>
_____/

        On July 20, 2012, plaintiff filed a "notice of withdrawal" of this case (Dkt. No. 11), which the court construes as a notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] Accordingly, IT IS HEREBY ORDERED that:

        1.    This case is dismissed without prejudice; and

        2.    The Clerk of Court is directed to close this case and vacate all dates.

        IT IS SO ORDERED.

DATED: July 24, 2012

                                                  _____
                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

---

    [1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1